UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Sealed**

CASE NO. **08-20979 MCI-MORENO** /TORRES

FILED BY ___ W ___ D.C

08 APR 10 PM 3:52

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

In Re: Request from the British Virgin
Islands Pursuant to the Treaty Between
the United States of America and the
United Kingdom of Great Britain and
Northern Ireland concerning the Cayman
Islands on Mutual Assistance in the
Criminal Matter of Verna Maduro

**UNDER SEAL**

_____/

### APPLICATION FOR ORDER PURSUANT TO
### TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. §1782 and its own inherent authority to appoint Richard E. Getchell as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take any other action as is required to execute the attached request made by the Government of the British Virgin Islands.

This case involves an ongoing criminal investigation in the British Virgin Islands. Disclosure of this matter could jeopardize the investigation, and, for that reason, the United States requests that the government's application, its memorandum of law, and the Court's order be filed under seal. The government requests that it be permitted to disclose the Court's sealed order, without seeking an additional unsealing order, to representatives of the British Virgin Islands Government, federal law enforcement agents, and for any purpose necessary to execute, coordinate, and/or



effectuate the letter of request, including disclosing the order to any subpoena recipients to obtain their testimony and/or document production.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By: *[signature]*
        RICHARD E. GETCHELL
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0817643
        99 N.E. Fourth Street
        Miami, Florida 33132
        Telephone No. (305) 961-9281
        Facsimile No. (305) 536-4675
        E-Mail Address: Richard.Getchell@usdoj.gov